C.L. GRAVETT, III, SBN 132566
1109 Jefferson Street
Napa, CA 94559
(707) 258-1030

Attorney for Debtors Manuel Gomes and Rosa Gomes

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re: Manuel Gomes and Rosa Gomes      Case No.: 17-10615

Debtors: Manuel Gomes and Rosa Gomes      Chapter 12

# NOTICE AND OPPORTUNITY FOR HEARING ON DEBTORS' APPLICATION FOR APPROVAL OF ATTORNEY'S FEES

**NOTICE IS HEREBY GIVEN** debtors have filed an Application for Approval of Debtors' Attorney's Fees.

    **Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

    **Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

    **If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.**

In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated: September 29, 2017

/s/
_____
C. L. Gravett, III
Attorney for Debtors

Case: 17-10615   Doc# 18   Filed: 10/02/17   Entered: 10/02/17 13:52:50   Page 2 of 4

C.L. GRAVETT, III, SBN 132566
1109 Jefferson Street
Napa, CA 94559
(707) 258-1030

Attorney for Debtors Manuel Gomes and Rosa Gomes

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re: Manuel Gomes and Rosa Gomes      Case No.: 17-10615

Debtors: Manuel Gomes and Rosa Gomes      Chapter 12

**APPLICATION FOR APPROVAL OF ATTORNEY'S FEES**

Debtors hereby file this Application for Approval of Debtors' Attorney's Fees. This application is noticed with an opportunity for hearing. Upon a timely request, a hearing will be set to be heard before the Honorable Dennis Montali at the Bankruptcy Court. This application is based upon the papers and documents filed herein, and any oral argument which may be presented at the time of hearing.

1. Debtors' attorney, C. L. Gravett, III, requests the approval of attorney's fees in the sum of $10,335.00, pursuant to the attorney's fee disclosure statement filed with the Court. Of the sum requested, the amount of $2835.00 has been previously paid to debtors' attorney.

2. In addition to the basic case, debtors case involves:

    __X__     Real Property Claims

    _____     Additional Parcels of real property with encumbrances

    __X__ Unfiled tax returns or objection to claims of taxing agencies

    _____ Vehicle loans or leases

    __X__ An operating business

    _____ Twenty-five or more creditors

    _____ Domestic Support Claims

    _____ Student Loans

    _____ Motion to Extend Stay

    _____ Motion to Avoid Lien

    __X__ Other: Defunct out-of-state liquor business; interest in a trust; substantial claims from federal and state tax agencies.

3. All fees are subject to Court approval, whether paid in advance or through the plan.

Dated: September 29, 2017

/s/
_____
C. L. Gravett, III
Attorney for Debtors